MELVIN BRUNETTI
United States Circuit Judge

(775) 686-5831
FAX (775) 686-5937

August 30, 2004

Committee on Financial Disclosure
Judicial Conference of the U.S.
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Amendment to 2003 Calendar Year Filing

Dear Committee:

Pursuant to your July 19, 2004, request for clarification and amendment to several entries in Part VII, Investments and Trusts, of my 2003 calendar year filing, I am providing an original and three copies of a revised Part VII. If you have any questions or require any further information, please contact me.

Sincerely,

VIN BRUNETTI
United States Circuit Judge

MB/pacs
Enclosures

| Name of Person Reporting | Date of Report |
|---|---|
| BRUNETTI, MELVIN | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | C. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | If not exempt from disclosure (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wells Fargo Bank (Money Market) | A | Interest | J | T | | | | | |
| 2. Wells Fargo Bank (Accounts) | A | Dividend | J | T | | | | | |
| 3. IRA#1. Wells Fargo Sec. (Money Market) | A | Dividend | J | T | | | | | |
| 4. IRA#1. Bancamerica Cap TR II PFD | B | Interest | K | T | | | | | |
| 5. IRA#1. General Motors Acceptance Corp Pines PFD | B | Dividend | K | T | | | | | |
| 6. IRA#1. Wells Fargo FDS TR Growth Balanced Fund CLC | A | Dividend | J | T | Buy | 1/03 | J | | |
| 7. | | | | | Buy | 3/03 | J | | |
| 8. | | | | | Buy | 6/03 | J | | |
| 9. | | | | | Buy | 9/03 | J | | |
| 10. | | | | | Buy | 12/03 | J | | |
| 11. IRA#2. Wells Fargo Sec. (Money Market) | A | Dividend | J | T | | | | | |
| 12. | | | | | Buy | 1/03 | J | | |
| 13. | | | | | Buy | 3/03 | J | | |
| 14. | | | | | Buy | 6/03 | J | | |
| 15. | | | | | Buy | 9/03 | J | | |
| 16. | | | | | Buy | 12/03 | J | | |
| 17. IRA#2. Bancamerica Cap TR II PFD | B | Interest | K | T | | | | | |
| 18. IRA#2. General Motors Acceptance Corp Pines PFD | B | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BRUNETTI, MELVIN | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS — Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Wells Fargo Investments. Bancamerica Cap TR II | B | Interest | K | T | | | | | |
| 20. Wells Fargo Investments. Money Market Funds | A | Dividend | J | T | | | | | |
| 21. Wells Fargo Investments. FDS TR Growth Balanced Fund CLC | A | Dividend | J | T | Buy | 1/03 | J | | |
| 22. Wells Fargo Investments. FDS TR Growth Balanced Fund | | | | | Buy | 7/03 | J | | |
| 23. General American Life, Universal Life | | None | | | Surrender | 1/03 | J | | |
| 24. Wells Fargo Investments. Wachovia PFD Funding | B | Dividend | K | T | | | | | |
| 25. Note: #29 of 2002 FDS in error; duplication of #30. | | | | | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

### Calendar Year 2003

(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>BRUNETTI, MELVIN | 2. Court or Organization<br><br>Ninth Circuit Court of Appeal | 3. Date of Report<br><br>5/12/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. Circuit Judge | 5. ReportType (check appropriate type)<br><br>( ) Nomination, Date<br><br>( ) Initial (•) Annual ( ) Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse, Suite 506<br>400 S. Virginia Street<br>Reno, Nevada 89501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED
MAY 13 11 7 AM '04
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRUNETTI, MELVIN | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wells Fargo Bank (Money Market) | A | Interest | J | T | | | | | |
| 2. Wells Fargo Bank (Accounts) | A | Dividend | J | T | | | | | |
| 3. IRA#1. Wells Fargo Sec. (Money Market) | A | Dividend | J | T | | | | | |
| 4. IRA#1. Bancamerica Cap TR II PFD | B | Interest | K | T | | | | | |
| 5. IRA#1. General Motors Acceptance Corp Pines PFD | B | Dividend | K | T | | | | | |
| 6. IRA#1. Wells Fargo FDS TR Growth Balanced Fund CLC | | | | | Buy | 1/03 | J | | |
| 7. IRA#1. Wells Fargo FDS TR Growth Balanced Fund CLC | | | | | Buy | 3/03 | J | | |
| 8. IRA#1. Wells Fargo FDS TR Growth Balanced Fund CLC | | | | | Buy | 6/03 | J | | |
| 9. IRA#1. Wells Fargo FDS TR Growth Balanced Fund CLC | | | | | Buy | 9/03 | J | | |
| 10. IRA#1. Wells Fargo FDS TR Growth Balanced Fund CLC | | | | | Buy | 12/03 | J | | |
| 11. IRA#2. Wells Fargo Sec. (Money Market) | A | Dividend | J | T | | | | | |
| 12. IRA#2. Wells Fargo FDS TR Growth Balanced Fund CLC | | | | | Buy | 1/03 | J | | |
| 13. IRA#2. Wells Fargo FDS TR Growth Balanced Fund CLC | | | | | Buy | 3/03 | J | | |
| 14. IRA#2. Wells Fargo FDS TR Growth Balanced Fund CLC | | | | | Buy | 6/03 | J | | |
| 15. IRA#2. Wells Fargo FDS TR Growth Balanced Fund CLC | | | | | Buy | 9/03 | J | | |
| 16. IRA#2. Wells Fargo FDS TR Growth Balanced Fund CLC | | | | | Buy | 12/03 | J | | |
| 17. IRA#2. Bancamerica Cap TR II PFD | B | Interest | K | T | | | | | |
| 18. IRA#2. General Motors Acceptance Corp Pines PFD | B | Dividend | K | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BRUNETTI, MELVIN | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Wells Fargo Investments. Bancamerica Cap TR 11 | B | Interest | K | T | | | | | |
| 20. Wells Fargo Investments. Money Market Funds | A | Dividend | J | T | | | | | |
| 21. Wells Fargo Investments. FDS TR Growth Balanced Fund CLC | A | Dividend | J | T | Buy | 1/03 | J | | |
| 22. Wells Fargo Investments. FDS TR Growth Balanced Fund | | | | | Buy | 7/03 | J | | |
| 23. General American Life. Universal Life | | | | | Surrender | 1/03 | J | | |
| 24. Wells Fargo Investments. Wachovia PFD Funding | B | Dividend | K | T | | | | | |
| 25. Note: #29 of 2002 FDS in error; duplication of #30. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,001-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash Market | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date    5/12/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544